**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ARMANDO MAURO LUNA-RENTERIA**<br>**Defendant.** | **Case No.** 23-CR-30035-SPM-25 |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court on *pro se* Defendant Mauro Armando Luna-Renteria's Motion to Modify Term of Imprisonment pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines, (Doc. 1204).

Section 3582(c)(2) allows a federal judge to modify a term of imprisonment "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o) . . . ." Defendant argues that his sentence should be reduced because of Amendment 821 to the Federal Sentencing Guidelines. (Doc. 1204). Amendment 821, however, was adopted on November 1, 2023, before Defendant was sentenced on June 22, 2026. (Doc. 969). Therefore, it is not an amendment that lowers the sentencing range after Defendant's sentence.

Defendant Mauro Armando Luna-Renteria's Motion to Modify Term of Imprisonment, (Doc. 1204), is **DENIED**.

**IT IS SO ORDERED.**

**DATED: October 7, 2026**

**STEPHEN P. McGLYNN**
**U.S. District Judge**